UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEFAN OLARU,

          Plaintiff,          No. 05-CV-72883-DT

vs.          Hon. Gerald E. Rosen

BROWN & BROWN, et al.,

          Defendants.
_____/

ORDER DISMISSING CASE FOR LACK OF PROSECUTION

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on   November 30, 2005

PRESENT:  Honorable Gerald E. Rosen
                   United States District Judge

On July 22, 2005, Plaintiff Stefan Olaru, acting *pro se*, submitted for filing his Complaint against the Brown & Brown law firm and Steven D. Brown, individually, along with an *In Forma Pauperis* Application to proceed with this action without prepayment of fees.  On August 15, 2005, the Court entered an Order denying the *IFP* application and sent Plaintiff a Notice advising him that if he wished to proceed with his case he needed to forward to the Clerk's office his payment of $250.00 and that he would then have to serve each defendant with a Summons and copy of his Complaint.  Pursuant to Fed. R. Civ. Pro. 4(j), the time Plaintiff to do so expired on November 20, 2005.  Plaintiff did not pay the filing fee and took no action during the 120 day-period provided in Rule 4(j) to extend the time for service upon the Defendants.

No action having been taken by Plaintiff with regard to this action since the time of submitting his Complaint for filing in July 2005,

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. Pro. 4(j), this action be, and, hereby is, DISMISSED without prejudice.


        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated:  November 30, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2005, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager